THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v TYRONE ROLLE, Appellant.

Submitted March 26, 2007; decided March 29, 2007

Motion for an extension of the time within which to apply for permission to appeal pursuant to CPL 460.20 granted and motion papers treated as a timely CPL 460.20 application.

In the Matter of STEVE PIROG et al., Appellants, v SUSAN COCKBURN et al., Respondents.

Submitted January 29, 2007; decided March 29, 2007

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the proceeding within the meaning of the Constitution.

MARGARITA RIVERA, Respondent, v KATTE ANILESH, D.D.S., et al., Defendants, and INDU ANILESH, D.D.S., Appellant.

Submitted March 26, 2007; decided March 29, 2007

MARGARITA RIVERA, Respondent, v KATTE ANILESH, D.D.S., et al., Defendants, and INDU ANILESH, D.D.S., Appellant.

Submitted March 26, 2007; decided March 29, 2007

Motion by New York State Trial Lawyers' Association for leave to file a brief amicus curiae on the appeal herein granted. Three copies of the brief may be served and an original and 24 copies filed within seven days.